No. 760. PIZZA *v.* LYONS, COMMISSIONER OF CORRECTIONS, ET AL.; and

No. 766. COUNTY TRANSPORTATION CO., INC. *v.* NEW YORK.

*Per Curiam:* The appeals are dismissed for the want of a substantial federal question. *Henry K. Chapman* for appellant in No. 760. *Edward R. Brumley* for appellant in No. 766. *Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, and *Herman N. Harcourt,* Assistant Attorney General, for appellees in No. 760. *Lawrence E. Walsh* for appellee in No. 766. Reported below: No. 760, 303 N. Y. 736, 103 N. E. 2d 345; No. 766, 303 N. Y. 391, 103 N. E. 2d 421.

No. 470, Misc. GLENN *v.* MANNING, SUPERINTENDENT;

No. 474, Misc. LACEY *v.* EIDSON, WARDEN;

No. 477, Misc. ANDERSON *v.* TEETS, WARDEN; and

No. 501, Misc. GRANT *v.* GEORGIA. Motions for leave to file petitions for writs of habeas corpus denied.